UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROOSEVELT HOLMES                                    CIVIL ACTION

VERSUS                                              NUMBER: 08-3948

ORLEANS PARISH CRIMINAL                             SECTION: "R"(6)
DISTRICT COURT, ET AL

## J U D G M E N T

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of the defendants and against petitioner dismissing with prejudice as untimely his petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254.

New Orleans, Louisiana, this  25th  day of _____May_____, 2010.

_____Sarah Vance_____
UNITED STATES DISTRICT JUDGE